# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE CONTRERAS, | : | Civil No. 3:17-CV-02360 |
| Plaintiff, | : | |
| v. | : | |
| MARK CONRAD, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 6th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Plaintiff's motion for summary judgment (Doc. 37) is **DENIED**.

2. Defendants' motion for summary judgment (Doc. 48) is **GRANTED IN PART AND DENIED IN PART**. Defendants' motion for summary judgment is granted to the extent that it seeks summary judgment on Plaintiff's First Amendment claim, and denied to the extent that it seeks summary judgment on Plaintiff's Fourth Amendment claim.

3. None of the parties are granted summary judgment as to Plaintiff's equal protection claim because no party has moved for such relief.

4. Trial in this matter shall proceed as to Plaintiff's equal protection and Fourth Amendment claims.

5. A status conference is scheduled for **May 27, 2020 at 11:15 a.m.** to discuss scheduling of future matters in this case. The conference will be by

telephone.  Plaintiff's counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing counsel at least one hour prior to the call.

<u>s/Jennifer P. Wilson</u>  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania